UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROYAL FOOT, LLC,

Plaintiff,

Case No.: 2:26-cv-02616-KCD-NPM

v.

VANTAGE RISK SPECIALTY INSURANCE COMPANY and TOWER HILL INSURANCE GROUP, LLC,

Defendants.
_______________________________/

**NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.09, Plaintiff, Royal Foot, notifies the Court that the parties have settled this matter. The parties will promptly submit a joint stipulation for dismissal upon finalizing the terms of the settlement agreement.

Respectfully submitted,

**MARANGES, PLLC**
*Counsel for Plaintiff*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
Telephone: (561) 210-9151
Facsimile: (954) 337-5855

By: /s/Danny E. Jacobo
Danny E. Jacobo
Florida Bar No. 1011000
danny@marangeslaw.com

MARANGES LAW

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November, 2026, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. I further certify that I am unaware of any non-CM/ECF participants.

/s/ Danny E. Jacobo
Danny E. Jacobo